IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOISES VERNEY ELIA ZAMBRANO ZAMBRANO, and ESTEFANNY DAYANA ROJAS CHACON,<br><br>Petitioners,<br><br>vs.<br><br>FACILITY DIRECTOR, (Warden), McCook ICE IGSA;<br><br>Respondent. | 8:26CV37<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On January 26, 2026, Petitioners Moises Verney Elia Zambrano Zambrano and his next friend, Estefanny Dayana Rojas Chacon, filed a Petition for Writ of Habeas Corpus, Filing No. 1. Ms. Rojas Chacon attempted to pay the $5.00 filing fee but her payment was deficient and could not be processed. Before this matter may proceed, Petitioners must either submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis, which means without payment of the fee. If Petitioners choose to file a request to proceed without paying the fee, the enclosed pauper's forms should be completed and returned to this Court. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Petitioners.

IT IS THEREFORE ORDERED that:

1. Petitioners are directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to both Petitioners the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **February 27, 2026**: Check for MIFP or payment.

Dated this 28th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge