IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOISES VERNEY ELIA ZAMBRANO ZAMBRANO, and ESTEFANNY DAYANA ROJAS CHACON,<br><br>Petitioners,<br><br>vs.<br><br>FACILITY DIRECTOR, (Warden), McCook ICE IGSA;<br><br>Respondent. | 8:26CV37<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Petitioner Moises Verney Elia Zambrano Zambrano's ("Petitioner") filed a Petition for Writ of Habeas Corpus, Filing No. 1, through his next friend, Estefanny Dayana Rojas Chacon ("Chacon"). In light of the allegations in the Petition, the Court has entered an order on this date requiring the Respondent to respond to the Petition and show cause why the writ should not be granted. *See* Filing No. 4. Pursuant to 18 U.S.C. § 3006A(a)(2)(B), "[w]henever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who— . . . is seeking relief under section 2241, 2254, or 2255 of title 28." The Court is considering appointing counsel for Petitioner pursuant to section 3006A(a)(2)(B), but the Court cannot do so without a showing that Petitioner is financially unable to obtain adequate representation. *See* 18 U.S.C. § 3006A(a). Accordingly,

IT IS ORDERED that:

1. The Clerk of Court is directed to send both Petitioner and Chacon the Form CJA-23 Financial Affidavit in Support of Request for Attorney, Expert, or Other Services Without Payment of Fee.

2. Petitioner, or Chacon on his behalf, must complete the financial affidavit and return it to the Court no later than February 11, 2026, if Petitioner wishes the Court to consider appointing him counsel to represent him.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 11, 2026**: check for Petitioner's financial affidavit.

Dated this 4th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge