IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOISES VERNEY ELIA ZAMBRANO ZAMBRANO, and ESTEFANNY DAYANA ROJAS CHACON,<br><br>Petitioners,<br><br>vs.<br><br>FACILITY DIRECTOR, (Warden), McCook ICE IGSA; and UNITED STATES OF AMERICA,<br><br>Respondents. | 8:26CV37<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Petitioner Moises Verney Elia Zambrano Zambrano's ("Petitioner") Motion to Voluntarily Dismiss Habeas Petition and to Lift Stay of Removal (the "Motion"), Filing No. 11, filed through his next friend Estefanny Dayana Rojas Chacon, which the Court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41.[1] Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's or petitioner's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Respondent United States of America filed a response to the petition with supporting exhibits on February 6, 2026, Filing Nos. 6, 7, & 8, and a supplemental response on February 9, 2026, Filing No. 10, in accordance with the Court's order entered on February 4, 2026, Filing No. 4. On February 9, Petitioner, through his next friend, filed his Motion in which he indicates that "Petitioner has personally instructed his Next Friend that he no longer wishes to continue this habeas

---
[1] The Federal Rules of Civil Procedure apply to habeas corpus proceedings "to the extent that the practice in those proceedings: (A) is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing Section 2255 Cases; and (B) has previously conformed to the practice in civil actions." Fed. R. Civ. P. 81(a)(4).

corpus case," he "does not seek release from detention and does not wish to pursue any further relief from this Court" as he "has decided to accept removal and wishes to be removed as soon as legally permitted," and he "is not requesting appointment of counsel in this matter." Filing No. 11 at 1–2. Consequently, Petitioner asks "that the Court lift/dissolve its stay/no-removal order entered in this matter so that DHS/ICE may proceed with removal without restriction from this Court." Id. at 1. Upon careful consideration,

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Voluntarily Dismiss Habeas Petition and to Lift Stay of Removal, Filing No. 11, is granted. This matter is dismissed without prejudice at Petitioner's request. No certificate of appealability will be issued.

2. A separate judgment will be entered.

Dated this 10th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge